**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HEALTH SCIENCE DISTRIBUTORS, CO.**,

-vs-                                                                Case No. 6:10-cv-1797-Orl-31KRS

**ROBERT USHER-SPARKS; TREVOR TAYLOR; WELLSPRINGS TRADING, LTD; WELLSPRINGS LTD; and SARATI INTERNATIONAL, INC.**,

        **Defendants.**
_____

# ORDER

This cause comes before the Court on Defendants Robert Usher-Sparks & Trevor Taylor's Motion to Dismiss for insufficient service, lack of personal jurisdiction, and for improper venue (Doc. No. 62) filed July 25, 2011.

On October 3, 2011, the United States Magistrate Judge issued a report (Doc. No. 67) recommending that the motion be denied without prejudice. No objections have been filed. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The Motion to Dismiss (Doc. No. 62) is **DENIED without prejudice**. Plaintiff shall have until November 25, 2011, to perfect service on Defendants Robert Usher-Sparks & Trevor Taylor and file proof of such service with the Court. Failure to

timely file proof of service on these defendants may result in the case against them being dismissed without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 24th day of October, 2011.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party