**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HEALTH SCIENCE DISTRIBUTORS, CO.,**

-vs-                                                                                      Case No.  6:10-cv-1797-Orl-31KRS

**ROBERT USHER-SPARKS; TREVOR TAYLOR; WELLSPRINGS TRADING, LTD; WELLSPRINGS LTD; and SARATI INTERNATIONAL, INC.,**

          **Defendants.**
_____

## ORDER

Upon consideration of the Report and Recommendation of Magistrate Judge Spaulding (Doc. 94), the objections thereto filed by Defendant Wellsprings Trading Ltd. ("Wellsprings") (Doc. 101), and the Response filed by Plaintiff (Doc. 106), it is

**ORDERED** that the Report and Recommendation of the Magistrate Judge is Confirmed and Adopted as it relates to Wellsprings; and Wellsprings' Motion to Dismiss for Insufficient Service of Process (Doc. 70) is GRANTED, in part.  Wellsprings' objection to the Report and Recommendation is OVERRULED.  Plaintiff's Motion for additional time (Doc. 80) is GRANTED, in part, and Plaintiff shall have until March 25, 2012 to perfect service on Wellsprings and file proof of service with the Court.  Wellsprings' Notice of Supplemental Authority (Doc. 107) is STRICKEN as an unauthorized pleading.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 23, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE