**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HEALTH SCIENCE DISTRIBUTORS, CO.,**

    **Plaintiff,**

**V.**                                      **Case No:  6:10-cv-1797-Orl-31KRS**

**ROBERT USHER-SPARKS, TREVOR TAYLOR, WELLSPRINGS LTD., et al.**

    **Defendants.**

## ORDER

This cause comes before the Court on Defendants Robert Usher-Sparks and Trevor Taylor's Motion to Dismiss Second Amended Complaint (Doc. No. 69) filed October 28, 2011.

On February 29, 2012, the United States Magistrate Judge issued a report (Doc. No. 110) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED**.

2. The Motion to Dismiss the Second Amended Complaint is **GRANTED** and the case against Defendants Robert Usher-Sparks and Trevor Taylor is **DISMISSED** without prejudice.  The Clerk is directed to terminate these defendants.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 19, 2012.

                                                GREGORY A. PRESNELL
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party